**FILED**

12/22/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0278

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0278

_____

IN RE THE MARRIAGE OF:

SHARON ANN HARMS,

      Petitioner and Appellee,

  and

CHARLES RONALD HARMS,

      Respondent and Appellant.

_____

O R D E R

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Colette B. Davies, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 22 2021